UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DENISE THOMAS,<br><br>                    Plaintiff,<br><br>     v.<br><br>BANKERS LIFE SECURITIES et al.,<br><br>                    Defendant. | CASE NO. 3:24-cv-05306-DGE<br><br>ORDER REMANDING THIS CASE TO CLARK COUNTY SUPERIOR COURT |

This matter comes before the Court *sua sponte*. On August 2, 2024, this Court denied Plaintiff Denise Thomas's motion (Dkt. No. 12) to remand this case to the Clark County Superior Court. (Dkt. No. 27.) In that order, the Court stated that it would enter an order remanding this matter to the Clark County Superior Court if Plaintiff affirmatively stated on the record that she was limiting her damages to $75,000. (*Id*. at 4.) On August 13, 2024, Plaintiff affirmed she was "limit[ing] her claimed damages [in this litigation] to an amount less than $75,000." (Dkt. No. 28 at 1.)

ORDER REMANDING THIS CASE TO CLARK COUNTY SUPERIOR COURT - 1

Accordingly, the Court ORDERS this matter be remanded to the Clark County Superior Court.

Dated this 19th day of August, 2024.

David G. Estudillo
United States District Judge